# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MERCHANTS DISTRIBUTORS, LLC and<br>CAPITAL RESOURCES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD FRIEDMAN INC., d/b/a<br>FRIEDMAN'S FRESHMARKETS,<br><br>    Defendant. | Civil Action No. 18-cv-0133 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies that both Merchants Distributors, LLC ("MDI") and Capital Resources, LLC ("Capital Resources") are wholly owned subsidiaries of Alex Lee, Inc. Alex Lee, Inc. is not a publicly held corporation or entity and has no parent corporation.

Dated: February 21, 2018

Respectfully submitted,

Merchants Distributors, LLC and Capital Resources, LLC

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw (PA ID 93459)
Benjamin J. Sitter (PA ID 317382)
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000
(412) 667-6050 (Fax)
jshaw@mcguirewoods.com

bsitter@mcguirewoods.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2018, a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement was served upon the all counsel of record via ECF.

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw (PA ID 93459)
Benjamin J. Sitter (PA ID 317382)
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000
(412) 667-6050 (Fax)
jshaw@mcguirewoods.com
bsitter@mcguirewoods.com
*Counsel for Plaintiff*
