IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**MERCHANTS DISTRIBUTORS, LLC,**           18-cv-0133
**and CAPITAL RESOURCES, LLC,**

      **Plaintiffs,**

vs.

**HAROLD FRIEDMAN INC., d/b/a**
**FRIEDMAN'S FRESHMARKETS,**

      **Defendant.**

## DISCLOSURE STATEMENT

Pursuant to LCVR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant in the above caption action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

      Respectfully Submitted,

Date: February 21, 2018

*/s/ David L. Fuchs*
ROBERT O LAMPL
PA I.D. #19809
DAVID L. FUCHS
PA I.D. #205694
JAMES R. COONEY
PA I.D. #32706
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  dfuchs@lampllaw.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MERCHANTS DISTRIBUTORS, LLC,** and **CAPITAL RESOURCES, LLC,** | 18-cv-0133 |
| Plaintiffs, | |
| vs. | |
| **HAROLD FRIEDMAN INC., d/b/a FRIEDMAN'S FRESHMARKETS,** | |
| Defendant. | |

### CERTIFICATE OF SERVICE

David L. Fuchs, hereby certifies that on the 21st day of February, 2018, a true and correct copy of the foregoing **Disclosure Statement** was served upon the following

*(via electronic service):*

Jarrod D. Shaw
Benjamin J. Sitter
McGuire Woods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA  15222-3142

                                              */s/ David L. Fuchs*
                                              ROBERT O LAMPL
                                              PA I.D. #19809
                                              JOHN P. LACHER
                                              PA I.D. #62297
                                              DAVID L. FUCHS
                                              PA I.D. #205694
                                              RYAN J. COONEY
                                              PA I.D. #319213
                                              Benedum Trees Building
                                              223 Fourth Avenue, 4th Floor
                                              Pittsburgh, PA  15222
                                              (412) 392-0330 (phone)
                                              (412) 392-0335 (facsimile)
                                              Email:  rlampl@lampllaw.com