UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCHANTS DISTRIBUTORS, LLC and CAPITAL RESOURCES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD FRIEDMAN INC., d/b/a FRIEDMAN'S FRESHMARKETS,<br><br>Defendant. | Civil Action No. 2:18-cv-00133-AJS |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiffs Merchants Distributors, LLC and Capital Resources, LLC's ("Plaintiffs") Motion to Dismiss Defendant's Counterclaims (the "Motion"), and the Brief in Support of the Motion,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the counterclaims asserted against Plaintiffs by Defendant Harold Friedman Inc. d/b/a Friedman's Freshmarkets are dismissed in their entirety with prejudice.

_____
J.